# Exhibit A

| | |
|---|---|
| **Internal Revenue Service** | **Department of the Treasury** |
| Appeals Office | |
| 100 First Street, Suite 2000 | **Person to Contact:** |
| San Francisco, CA  94102 | Mike Toni |
| | Employee ID Number: 1000249924 |
| | Tel:  (415) 281-7821 |
| Date:  August 11, 2021 | Fax:  (877) 523-8317 |
| | **Refer Reply to:** |
| | AP:EX:SFO:MST |
| Kevin Kalkhoven | **In Re:** |
| 2368 Overlook Place | Income Tax Liability |
| Truckee, CA 96161 | **Tax Period(s) Ended:** |
| | 12/2000 12/2001 |

Dear Mr. Kalkhoven:

Concerning the Jeopardy Assessment made under Internal Revenue Code § 6861 for the years 2000 and 2001, we have considered the protest, evidence and arguments in support of your position.

We have determined that:

1. The making of the assessment was reasonable under the circumstances.

2. The amount was appropriate under the circumstances.


Sincerely,

*Michael S. Toni* (signature)

Digitally signed by Michael S. Toni
Date: 2021.08.11 09:06:29 -07'00'

Michael S. Toni
Appeals Team Case Leader

**Department of the Treasury**
**Internal Revenue Service**
**Appeals Office**
**100 First Street**
Suite 2000
San Francisco, CA 94105

George Gerachis
Vinson & Elkins LLP
1001 Fannin Street, Suite 2500
Houston, TX 77002

Date:
08/11/2021

Taxpayer ID number (last 4 digits):
3465

Taxpayer name:
Kevin Kalkhoven

Form number:
1040

Years:
2020 and 2021

Person to contact:
Michael S. Toni

Employee ID number:
1000249924

Contact telephone number:
415-281-7821

Contact fax number:
877-523-8317

Dear Mr. Gerachis:

We are sending the enclosed material under the provisions of your power of attorney or other authorization we have on file. For your convenience, we have listed the name of the taxpayer to whom this material relates in the heading above.

If you have any questions, please call the contact person at the telephone number shown in the heading of this letter.

Thank you for your cooperation.

Sincerely,

*Michael S. Toni*
Digitally signed by Michael S. Toni
Date: 2021.08.11 09:12:25 -07'00'

Michael S. Toni
Appeals Team Case Leader

Enclosures:
☒ Letters Jeopardy Assessment Closing Letter
☐ Reports
☐ Copy of Determination Letter
☐ Other

Letter 937 (Rev. 3-2017)
Catalog Number 30760X