MICHAEL L. CHARLSON (SBN 122125)
  mcharlson@velaw.com
CHRISTOPHER W. JAMES (SBN 289047)
  cjames@velaw.com
VINSON & ELKINS LLP
555 Mission Street, Suite 2000
San Francisco, California  94105
Telephone: +1.415.979.6900
Fax: +1.415.651.8786

Attorneys for Plaintiff
KEVIN KALKHOVEN

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN KALKHOVEN,<br><br>              Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>              Defendant. | Case No.: 2:21-cv-01440-KJM-JDP<br><br>**ORDER GRANTING:**<br><br>**PLAINTIFF KEVIN KALKHOVEN'S REQUEST FOR ADDITIONAL TIME TO DETERMINE REASONABLENESS OF JEOPARDY ASSESSMENT PURSUANT TO 26 U.S.C. § 7429(C)** |

Pursuant to 26 U.S.C. § 7429(c), Plaintiff Kevin Kalkhoven has requested an extension of the 20-day period set forth for determination of his Petition for Judicial Review of Jeopardy Assessment and Jeopardy Levies ("Petition," Dkt. 1), as defined by 26 U.S.C. §7429(b)(2). Specifically Plaintiff requested an extension of this period to and including September 15, 2021.

For the reasons discussed during the oral hearing held on August 30, 2021, concerning Plaintiff's Motion for Determination of the Petition ("Motion," Dkt. 18), and as described in Plaintiff's request, this Court finds that reasonable grounds exist to extend the amount of time allowed for final determination by the Court.

**IT IS HEREBY ORDERED** that the time period for determination of the Petition is extended to and including September 15, 2021.

**IT IS SO ORDERED.**

DATED: September 1, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

1

ORDER GRANTING REQUEST FOR EXTENSION OF TIME; CASE NO.:
2:21-CV-01440-KJM-JDP